## Case No. 4,661.

### FARMERS' BANK OF ALEXANDRIA v. LLOYD.

[2 Cranch, C. C. 411.][1]

Circuit Court, District of Columbia. May Term, 1823.

Mr. Fendall and Mr. Swann, for plaintiffs.
Mr. Hewitt, for defendant.

THE COURT (nem. con.) said that the note could not be given in evidence upon that declaration.

The jury found one cent damages.